JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARK R. McKINNISS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PNC MORTGAGE CO., a business entity of unknown form; DEUTSCHE BANK TRUST COMPANY AMERICAS as Trustee RALI 2007-QS6, a business entity of unknown form; and DOES 1 through 100, inclusive<br><br>　　　　　Defendants. | Case No. **2:15-cv-05232-FMO-AJW**<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION**<br><br>Action Date:　　April 21, 2015 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF OF RECORD:**

By stipulation of the parties and good cause appearing therefor, it is hereby ordered as follows:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff's Complaint, including all claims and all causes of action therein are hereby dismissed, with prejudice, with each party to bear their own attorney's fees, costs, and expenses.

**IT IS SO ORDERED.**

DATED: September 25, 2015　　　_____/s/_____
　　　　　　　　　　　　　　　　HON. FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE